# Agostinis, Appellant, *v.* Piekarski.

*Contract—Building contract—Architect—Principal and agent—Review.*

An order of the Common Pleas refusing an appeal from a judgment of the County Court of Allegheny County on a verdict for defendant in an action of assumpsit, will not be reversed on appeal, where it appears that defendant was sought to be charged for extra work under a building contract ordered by an architect, but that there was no evidence to show any authority given by the defendant to the architect to make defendant personally liable for such work.

Argued May 3, 1918.  Appeal, No. 46, April T., 1918, by plaintiff, from order of C. P. Allegheny Co., Jan. T., 1917, No. 1232, refusing appeal from County Court in case of Peter Agostinis v. Frank A. Piekarski.  Before ORLADY, P. J., PORTER, HENDERSON, HEAD, KEPHART and TREXLER, JJ.  Affirmed.

Petition for an appeal from a judgment of the County Court of Allegheny County on a verdict for defendant

in an action of assumpsit to recover for extra work under a building contract.

The court refused to grant the appeal.

*Error assigned* was order refusing the appeal.

*George Y. Meyer,* with him *Thos. F. Garrahan,* for appellant.

*W. H. Lemon,* for appellee.

PER CURIAM, July 10, 1918:

This action of assumpsit was tried before the county court of Allegheny County, and at the conclusion of the trial the court instructed the jury that their verdict must be for the defendant.

In refusing a motion for a new trial, the trial judge said, "We have read every line of the testimony in this case, and fail to find even a scintilla of evidence that could be construed as authority by the defendant to the architect to make the defendant personally liable to the plaintiff. On the contrary, all the evidence in the case shows that the owner relied exclusively on his contract with the general contractor, that he took all the precautions possible to guard against any claims for extras, filed a no-lien contract in the prothonotary's office, and promptly settled in full with the general contractor upon the completion of the house." A petition for an allowance of an appeal to the Court of Common Pleas with the record evidence in the case, was disposed of with the following comment, "We have examined the case, and do not think the court below committed error in ruling, that the architect did not have the authority of the owner to make the arrangement with the plaintiff upon which he relied to maintain this action," and refused to allow the appeal.

We have carefully considered the record as made in the county court, and all agree with the conclusion reached by the Court of Common Pleas.

The judgment is affirmed.